```
 1  PATRICK L. FORTE #80050
    CORRINE BIELEJESKI #244599
 2  LAW OFFICES OF PATRICK L. FORTE
    One Kaiser Plaza, #480
 3  Oakland, CA 94612
    Telephone: (510) 465-3328
 4  Facsimile: (510) 763-8354

 5  Attorneys for Debtors
```

Entered on Docket
February 07, 2011
GLORIA L. FRANKLIN, CLERK
U.S BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

The following constitutes
the order of the court. Signed February 07, 2011

_____
Roger L. Efremsky
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **In re:** | **Case No. 10-49779 RN** |
| **PABLO PEREZ and MARIA ERICA PEREZ,** | **Chapter 13** |
| Debtors. | **ORDER MODIFYING CHAPTER 13 PLAN** |
| _____/ | |

The above named debtors having served a Motion to Modify Chapter 13 Plan on January 14, 2011 and there being no objections thereto and good cause appearing therefor;

**IT IS ORDERED** that debtors' Chapter 13 Plan be modified as follows:

Commencing January 2011, debtors will pay $100.00 per month to the Trustee. Any arrearages shall be forgiven. Unsecured, non-priority creditors shall be paid on a pro-tanto basis.

Debtors shall surrender the real property located at 274 Obsidian Way, Hercules, CA 94547 to Wells Fargo Bank NA, Bank of America, & Contra Costa County Tax Collector.

**END OF ORDER**

**COURT SERVICE LIST**

**Attorneys for Debtors**
Patrick L. Forte, Esq.
Corrine Bielejeski
One Kaiser Plaza, #480
Oakland, CA 94612


U.S. Trustee
1301 Clay Street, #690N
Oakland, CA  94612


**Chapter 13 Trustee**
Martha Bronitsky
Trustee
P.O. Box 5004
Hayward, CA  94540

**Debtors**
Pablo Perez
Maria Erica Perez
274 Obsidian Way
Hercules, CA 94547