| | |
|---|---|
| 1 | Cori B. Jones, Esq. |
| | CA Bar No. 261018 |
| 2 | MILES, BAUER, BERGSTROM & WINTERS, LLP |
| | 1231 E. Dyer Road, Suite 100 |
| 3 | Santa Ana, CA 92705 |
| | (714) 481-9100 / FAX (714) 481-9144 |
| 4 | File No. 13-01318 |
| 5 | Attorneys for Secured Creditor |
| | WELLS FARGO BANK, N.A., AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF |
| 6 | BANC OF AMERICA FUNDING CORPORATION MORTGAGE PASS-THROUGH |
| | CERTIFICATES,SERIES 2006-B |

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
## OAKLAND DIVISION

| | |
|---|---|
| In Re, | BK No.: 10-49779-WJL |
| PABLO PEREZ AND MARIA ERICA PEREZ, | Chapter 13 |
| Debtor(s). | **REQUEST FOR SPECIAL NOTICE** |

TO THE CLERK OF THE U.S. BANKRUPTCY COURT, THE DEBTOR(S), THE ATTORNEY OF RECORD, THE TRUSTEE, AND TO ALL PARTIES IN INTEREST.

PLEASE TAKE NOTICE that pursuant to the United States Bankruptcy Code and Bankruptcy Rules, Secured Creditor, WELLS FARGO BANK, N.A., AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF BANC OF AMERICA FUNDING CORPORATION MORTGAGE PASS-THROUGH CERTIFICATES,SERIES 2006-B, requests that all notices given in this case and all papers served or required to be served in this case (including, but not limited to, Notice for Meeting of Creditors, Dismissal Order, Discharge Order and Trustee's No-

///

///

///

///

///

1

1 | Asset Report), be given to and served upon the undersigned at the following address and
2 | telephone number.

3 |     Cori B. Jones, Esq.
    MILES, BAUER, BERGSTROM & WINTERS, LLP
4 |     1231 E. Dyer Road, Suite 100
    Santa Ana, CA 92705
5 |     PH (714) 481-9100

6 | Dated: **JUN 1 1 2014**       MILES, BAUER, BERGSTROM & WINTERS, LLP

7 |                                                By: _____
                                               Cori B. Jones, Esq.
8 | (13-01318/ndrfsn.dot/pha)                            Attorney for Secured Creditor